# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMARCUS TATE

NO. 2024 KW 0060

**MARCH 22, 2024**

In Re:    Jamarcus Tate, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-17-0308.

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion to Run Sentence Concurrent" on December 18, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT